440 A.2d 1247

Commonwealth v. McClendon, Appellant.

Petition for Allowance of Appeal Denied Sept. 9, 1982.

Submitted December 1, 1980. Peter C. Bowers, for appellant; Mark Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

440 A.2d 1248

Commonwealth v. Moon, Appellant.

Argued March 18, 1981. Robert G. Kochems, for appellant; James P. Epstein, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTEMURO, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.